UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ST. PAUL FIRE & MARINE INSURANCE COMPANY, | Case No.15-CV-02744-LHK |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, | |
| Defendant. | |

Plaintiff's Attorney: Scott LaSalle
Defendant's Attorney: Gary Barrera

An initial case management conference was held on September 16, 2015. A further case management conference is set for December 16, 2015, at 2:00 p.m. The parties shall file their joint case management statement by December 9, 2015.

Scott LaSalle shall file a notice of appearance by September 17, 2015.

The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Deadline to File Counterclaims or Motion for Leave to File Counterclaims | October 2, 2015 |

1

Case No. 15-CV-02744-LHK
CASE MANAGEMENT ORDER

| Further Case Management Conference | December 16, 2015 at 2:00 p.m. |
|---|---|
| Close of Fact Discovery | July 1, 2016 |
| Opening Expert Reports | May 6, 2016 |
| Rebuttal Expert Reports | June 3, 2016 |
| Close of Expert Discovery | July 15, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | July 8, 2016 |
| Hearing on Dispositive Motions | August 18, 2016 at 1:30 p.m. |
| Final Pretrial Conference | October 13, 2016 at 1:30 p.m. |
| Jury/Bench Trial | October 24, 2016 at 9:00 a.m. |
| Length of Trial | 4 days |

**IT IS SO ORDERED.**

Dated: September 16, 2015

*Lucy H. Koh*

_____
LUCY H. KOH
United States District Judge