UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Defendant. | Case No. 15-CV-02744-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REFERRING THE PARTIES TO PRIVATE MEDIATION** |

The Case Management Conference set for December 16, 2015 is hereby CONTINUED to March 10, 2016 at 1:30 p.m., concurrent with the hearings on the motions to dismiss, ECF Nos. 41 and 44.

The Court refers the parties to private mediation with a 90 day deadline. The current case schedule and the briefing schedules for the motions to dismiss remain as set.

**IT IS SO ORDERED.**

Dated: December 10, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1
Case No. 15-CV-02744-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REFERRING THE PARTIES TO PRIVATE MEDIATION