UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>    Defendant. | Case No. 15-CV-02744-LHK<br><br>**ORDER RE: SETTLEMENT STATUS UPDATE** |

By March 3, 2016, the parties shall file a joint settlement status update indicating whether the case settled at the February 26, 2016 mediation.

**IT IS SO ORDERED.**

Dated: March 1, 2016

_____
LUCY H. KOH
United States District Judge

1

Case No. 15-CV-02744-LHK
ORDER RE: SETTLEMENT STATUS UPDATE